UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JERAMIE DALE OAKLEY,

    Plaintiff,

v.

JUSTIN ADRIAN, *et al.*,

    Defendants.

Case No. 10-cv-110-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 46) of Magistrate Judge Philip M. Frazier recommending that the Court deny plaintiff Jeramie Dale Oakley's motion to strike the affirmative defense of collateral estoppel and for summary judgment against defendant Gregory Malnar (Doc. 39).

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report. The Court has reviewed the entire file and finds that the Report is not clearly erroneous. Accordingly, the Court **ADOPTS** the Report in its entirety (Doc. 46), **DENIES** Oakley's motion to strike (Doc. 39) and **DENIES without prejudice** Oakley's motion for summary judgment (Doc. 39).

**IT IS SO ORDERED.**
**DATED: June 28, 2011**

                                          s/ J. Phil Gilbert
                                          **J. PHIL GILBERT**
                                          **DISTRICT JUDGE**