UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JERAMIE DALE OAKLEY,

    Plaintiff,

v.

JUSTIN ADRIAN, JOSEPH TOMAS, KEVIN ORR, TRACEY LEMONDS, CARL KINNISON, ADAM MILLER, DOUG MCDANIEL, M.D. LYNCH and G. MALNER,

    Defendants.

Case No. 10-cv-110-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment on Count 1 (a claim under 42 U.S.C. § 1983 for violation of the Fourth Amendment right not to be subject to excessive force) and Count 2 (a claim under 42 U.S.C. § 1985(3)) is entered in favor of defendants Justin Adrian, Joseph Thomas, Kevin Orr, Tracy Lemonds, Carl Kinnison, Adam Miller, Doug McDaniel, Mike Lynch and Greg Malnar and against plaintiff Jeramie Dale Oakley; and

IT IS FURTHER ORDERED AND ADJUDGED that any state law claims in this case are dismissed without prejudice pursuant to 28 U.S.C. § 1367(c)(3).

**DATED: March 21, 2012**        NANCY J. ROSENSTENGEL, Clerk of Court

*s/Brenda K. Lowe, Deputy Clerk*

**Approved:**    s/ J. Phil Gilbert
             **J. PHIL GILBERT**
             **DISTRICT JUDGE**