UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JERAMIE DALE OAKLEY,<br><br>  Plaintiff,<br><br>  v.<br><br>JUSTIN ADRIAN, JOSEPH TOMAS, KEVIN ORR, TRACEY LEMONDS, CARL KINNISON, ADAM MILLER, DOUG MCDANIEL, M.D. LYNCH and G. MALNER,<br><br>  Defendants. | Case No. 10-cv-110-JPG |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment on Count 1 (a claim under 42 U.S.C. § 1983 for violation of the Fourth Amendment right not to be subject to excessive force) and Count 2 (a claim under 42 U.S.C. § 1985(3)) is entered in favor of defendants Justin Adrian, Joseph Thomas, Kevin Orr, Tracy Lemonds, Carl Kinnison, Adam Miller, Doug McDaniel, Mike Lynch and Greg Malnar and against plaintiff Jeramie Dale Oakley; and

IT IS FURTHER ORDERED AND ADJUDGED that any state law claims in this case are dismissed without prejudice pursuant to 28 U.S.C. § 1367(c)(3).

**DATED: March 21, 2012**          NANCY J. ROSENSTENGEL, Clerk of Court


*s/Brenda K. Lowe, Deputy Clerk*


**Approved:**    s/ J. Phil Gilbert
         **J. PHIL GILBERT**
         **DISTRICT JUDGE**